IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TREZJUAN THOMPSON,** | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 16-3287 |
| **UNITED STATES OF AMERICA,** | : |
| Defendant. | : |

### CERTIFICATE OF MERIT AS TO DR. STEPHEN HOEY

I, Jonathan H. Feinberg, certify that:

An appropriate licensed professional has supplied a written statement to the undersigned that there is a reasonable probability that the care, skill or knowledge exercised or exhibited by Dr. Stephen Hoey in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

Date: September 2, 2016

/s/ Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING & FEINBERG
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400
(215) 925-5365 (fax)
*Counsel for Plaintiff*