IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TREZJUAN THOMPSON, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 16-3287 |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

### CERTIFICATE OF MERIT AS TO PAUL CLEMENS, PA-C

I, Jonathan H. Feinberg, certify that:

An appropriate licensed professional has supplied a written statement to the undersigned that there is a reasonable probability that the care, skill or knowledge exercised or exhibited by Paul Clemens, PA-C, in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

Date: September 2, 2016

/s/ Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING & FEINBERG
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400
(215) 925-5365 (fax)
*Counsel for Plaintiff*