IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TREZJUAN THOMPSON, : | |
| *Plaintiff*, : | |
| : | CIVIL ACTION |
| v. : | NO.: 16-3287 |
| : | |
| UNITED STATES OF AMERICA, : | |
| *Defendant*. : | |

## ORDER

**AND NOW**, this 19th day of July, 2019, upon consideration of the Motion to Withdraw as Counsel filed by Jonathan H. Feinberg, counsel for Plaintiff Trezjuan Thompson ("Motion to Withdraw") (ECF No. 54) and Defendant United States of America's Response in Opposition (ECF No. 55), it is hereby **ORDERED** that the parties shall file a joint status update within seven (7) days of the filing of this Order that sets forth the following:

1. The parties' amenability to referring this matter to the Honorable Lynne A. Sitarski, United States Magistrate Judge, for a settlement conference.

2. Proposed dates and times during the months of August and September, 2019 to hold a hearing regarding the Motion to Withdraw that shall be attended by Plaintiff Trezjuan Thompson, Counsel Jonathan H. Feinberg, and Defendant United States of America. Mr. Feinberg shall ensure Plaintiff Trezjuan Thompson's attendance at said hearing by videoconference.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II    J.