# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TREZJUAN THOMPSON, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 16-3287 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| *Defendant*. | : | |

## **ORDER**

AND NOW, this 22nd day of October, 2019, upon consideration of the Motion to Withdraw as Attorney by Jonathan H. Feinberg (ECF No. 54), it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.